UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| CREDIT ONE CORPORATION, a California corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE FINANCIAL, INC., a Nevada corporation; and CREDIT ONE BANK, N.S., and DOES 1 through 10, inclusive,,<br><br>Defendants. | No. CV-09-2985 DMG (SHx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE –JS6**<br><br>Judge:      Hon. Dolly M. Gee<br>Courtroom:  7 |

The Court having reviewed the stipulation to dismiss with prejudice executed by the parties herein, the parties having settled their dispute, and good cause appearing, IT IS ORDERED as follows:

1. This action is dismissed with prejudice.

2. The parties shall each bear their own attorneys' fees and costs.

Dated:  July 30, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE